IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE: 8/28/23
TIME: 2:35 PM
INITIALS: BTG

MICHAEL KELLY,             )
                           )
    Plaintiff,             )
                           )
v.                         )  Case No. 2:22-cv-02190-SHM-tmp
                           )
NEXAIR, LLC,               )
                           )
    Defendant.             )

## JURY VERDICT

We, the jury, unanimously answer the following questions submitted by the Court as follows:

1. Do you find the Defendant NEXAIR, LLC to be at fault? (Plaintiff Michael Kelly has the burden of proof.)

    _____ Yes

    ✓ _____ No

If your answer is "no", stop here, sign the verdict form, and return to the Court. If you answer "yes," proceed to Question 2.

2. Do you find Plaintiff Michael Kelly to be at fault? (Defendant NEXAIR, LLC has the burden of proof.)

    _____ Yes

    _____ No

If your answer is "no," you have found defendant 100% at fault and therefore you should skip question 3 and proceed to question 4. If your answer is "yes", proceed to question 3.

    3.    If you have found both parties to be at fault, considering all the fault at One Hundred Percent (100%), what percentage of fault do you attribute to each of the parties?

| Plaintiff Michael Kelly | _____ % (0-100%) |
| Defendant NEXAIR, LLC | _____ % (0-100%) |
| Total | 100% |

If you find Plaintiff Michael Kelly to be 50% or more at fault, stop here, sign this form, and return to the Court. A plaintiff 50% or more at fault is not entitled to recover damages. If you find that Plaintiff Michael Kelly is less than 50% at fault, proceed to question 4.

    4.    Decide the total amount of damages sustained by Plaintiff Michael Kelly. Do not reduce those damages by any percentage of fault you may have assigned to plaintiff. It is the responsibility of the Judge, after you return your verdict, to reduce the damages you award, if any, by the percentage of fault you assign to plaintiff. What amount of damages, if any, do you find were sustained by Plaintiff Michael Kelly? (Burden of proof is on the plaintiff).

    TOTAL DAMAGES $_____

Foreperson _____[signature]_____        Date 08/28/2023

2