```
              UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION


MICHAEL KELLY,                      )
                                    )
     Plaintiff,                     )
                                    )
v.                                  )  No. 2:22-cv-2190-SHM/tmp
                                    )
NEXAIR, LLC,                        )
                                    )
     Defendants.                    )
```

# JUDGMENT

**JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the jury verdict rendered on August 28, 2023, judgment is hereby entered in favor of the Defendant, Nexair, LLC, and against the Plaintiff, Michael Kelly. This cause is hereby dismissed.

# APPROVED:

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

August 28, 2023                          WENDY R. OLIVER
DATE                                     CLERK

                                          */s/ Bradley Gilbert*
                                         (By) DEPUTY CLERK